1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DOUGLAS ANDERSEN,

11          Petitioner,                        No. CIV S-09-2626 DAD P

12      vs.

13  STATE OF CALIFORNIA,                        ORDER AND

14          Respondent.                        FINDINGS AND RECOMMENDATIONS

15  _____/

16          Recent court documents were served on petitioner's address of record and

17  returned by the postal service.  It appears that petitioner has failed to comply with Local Rule 83-

18  182(f), which requires that a party appearing in propria persona inform the court of any address

19  change.

20          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

21  randomly assign this case to a U.S. District Judge.

22          Also, IT IS HEREBY RECOMMENDED that this action be dismissed due to

23  petitioner's failure to keep the court apprised of his current address.  See Local Rules 83-182(f)

24  and 11-110 (E.D. Cal. 1997).

25          These findings and recommendations are submitted to the United States District

26  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1   days after being served with these findings and recommendations, petitioner may file written

2   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

4   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

5   F.2d 1153 (9th Cir. 1991).

6   DATED: October 26, 2009.

7

8                                                   DALE A. DROZD

9                                       UNITED STATES MAGISTRATE JUDGE

10   DAD:4
     ande2626.133

2