1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOUGLAS ANDERSEN,

11             Petitioner,                No. CIV S-09-2626 MCE DAD P

12        vs.

13   STATE OF CALIFORNIA,

14             Respondent.               <u>ORDER</u>

15   _____/

16             Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

17   corpus pursuant to 42 U.S.C. § 2254.  On October 26, 2009, the court filed findings and

18   recommendations recommending that this action be dismissed for petitioner's failure to keep the

19   court appraised of his current address.  These findings and recommendations were issued in error

20   and will be vacated.[1]

21             Petitioner has not filed an in forma pauperis affidavit or paid the required filing

22   fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to

23   /////

24   _____

25        [1]  The court had served papers on petitioner by mail but had erroneously failed to include
     his prisoner identification number with the address on those mailings.  As a result, it appears that
26   petitioner has not received the court's mailings.

1    either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

2    submit the appropriate filing fee.

3            In reviewing petitioner's habeas petition, it is not clear whether he is attempting to

4    challenge a judgment of conviction entered in the Los Angeles County Superior Court related to

5    the "transfer/sell narcotics." (Petition at 2.)  Petitioner is advised that if he is attempting to

6    challenge such a conviction, he should file a new habeas petition with the U.S. District Court for

7    the Central District of California in the Los Angeles Division of that court.  Because petitioner

8    was not convicted in this district, and is not presently confined in the Sacramento Division of the

9    Eastern District of California, this court would not have jurisdiction to entertain such a habeas

10   application.  If petitioner is challenging a different conviction or a parole revocation that was

11   adjudicated in this district, he should allege facts about that conviction or parole revocation in

12   any amended petition he elects to file in this court.

13           Petitioner is also advised that he had not named a proper respondent in his habeas

14   petition.  "A petitioner for habeas corpus relief must name the state officer having custody of him

15   or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359, 360

16   (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  The State of California is not a proper

17   respondent in this action.

18           Finally, petitioner is advised that the exhaustion of state court remedies is a

19   prerequisite to the granting of a petition for writ of habeas corpus.  28 U.S.C. § 2254(b)(1).  A

20   petitioner satisfies the exhaustion requirement by providing the highest state court with a full and

21   fair opportunity to consider all claims before presenting them to the federal court.  Picard v.

22   Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1986).

23   Petitioner must eventually demonstrate that any claims presented in a federal habeas petition

24   have first been presented to the California Supreme Court.

25   /////

26   /////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations, filed on October 26, 2009, are vacated;

3        2.  Should petitioner decide to proceed with a habeas action in this court,

4   petitioner shall submit, within thirty days from the date of this order:

5                a.  An affidavit in support of his request to proceed in forma pauperis or

6   the appropriate filing fee;

7                b.  An amended petition that complies with the requirements of the Federal

8   Rules of Civil Procedure; the amended petition must bear the docket number assigned this case

9   and must be labeled "Amended Petition;" the amended petition must be filed on the form

10  employed by this court and must name a proper respondent; petitioner must answer each question

11  on the form petition and clarify the conviction that he is challenging;

12        3.  Petitioner's failure to comply with this order will result in the dismissal of this

13  action; and

14        4.  The Clerk of the Court is directed to provide petitioner with the court's form

15  application for requesting leave to proceed in forma pauperis and form petition for a writ of

16  habeas corpus by a state prisoner.

17  DATED: October 30, 2009.

18

19                                    _____

20                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

21  DAD:4
    ande2626.lta

22

23

24

25

26